IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. MICHAEL A. HAMMER, U.S.M.J. |
| | : | MAG. NO. 19-4099 |
| v. | : | **ORDER** |
| ANDREW CHU, | : | **MODIFICATION OF** |
| Defendant. | : | **CONDITIONS OF RELEASE** |

THIS MATTER having come before the Court by defendant Andrew Chu (Candace Hom, Esq., Assistant Federal Public Defender, appearing), for a modification of his conditions of release; and the government (Sarah Sulkowski, Esq., Assistant U.S. Attorney, appearing), having no objection; and the U.S. Pretrial Services Office having no objection; and for good cause shown;

WHEREFORE, it is on this 5th day of December, 2019,

ORDERED that Mr. Chu's Conditions of Release are MODIFIED such that his condition of no computer use is modified to permit Mr. Chu to take a computerized ServSafe examination on or about Friday, December 6, 2019, under the monitoring of the Director of the Training Academy; and it is

FURTHER ORDERED that Mr. Chu's condition of no computer use is modified to permit Mr. Chu to accept employment at Crunch Fitness and use its internal computer system for clocking in and out and inputting client information; and

IT IS FURTHER ORDERED that all other conditions of release previously ordered shall remain in full force and effect.

provided That Defendant shall not have any interaction with any minor except in the presence of the minor's parent or guardian; and further provided that the Crunch internal computer system has no Internet access, which PreTrial Services may verify.

_____
HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE